# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147997

ROBERT REEVES,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.

SC: 147997
AGC: 1628-13

_____/

      On order of the Court, the complaint for superintending control is considered and, in lieu of granting relief, we DIRECT the Attorney Grievance Commission to provide a supplemental answer to the complaint within 28 days after the date of this order, explaining in greater and more specific detail its reasons for concluding that AGC File No. 1628-13 should be closed. The supplemental answer will be considered part of the AGC file and held confidential pursuant to MCR 9.126.

      The complaint for superintending control remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2014



Clerk

s0416